# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOM ROGERS, et al** <br> **on behalf of himself and the** <br> **class of all others similarly situated,** | : <br> : <br> : <br> : | |
| **Plaintiffs,** | : <br> : <br> : | NO. 2:23-cv-01248-CB |
| v. | : <br> : | |
| **ACTION LAB ENTERTAINMENT** <br> **And BRYAN SEATON** | : <br> : <br> : | CIVIL ACTION |
| **Defendants.** | : <br> : | |

## STIPULATION OF DISMISSAL

AND NOW, this 2nd day of August, 2023, the parties jointly respectfully request that this Court dismiss this action without prejudice pursuant to the following terms:

1. Plaintiffs will not assert any claims under the Copyright Act or any other federal cause of action in any other forum.

2. If Plaintiffs re-file any of the claims asserted in this Federal Action, they will do so only in the Court of Common Pleas of Allegheny County, Pennsylvania.

3. In agreeing to the Court of Common Pleas of Allegheny County as a venue for a re-filed action, Defendants Action Lab and Bryan Seaton do not generally consent to that court as an appropriate venue for actions against them.

4. Plaintiffs will not seek class treatment in any state court action for any claims that have not previously been asserted in this federal action.

5.      The limitations period for claims that Plaintiffs have asserted in this federal action is tolled from the date on which Plaintiffs first asserted those claims in this action through the date of this Stipulation.

6.      In entering this Stipulation, no party makes any statement or representation about the validity or invalidity of any purported claim, purported defense, purported counterclaim, or purported defense to any counterclaim.  All defenses, counterclaims, and defenses to any counterclaim are reserved.

7.      In entering this Stipulation, no party makes any statement or representation about the appropriateness or inappropriateness of the treatment of any purported claim or purported counterclaim as a class action or on a class-wide basis.

Respectfully submitted,

| **Lopez McHugh, LLP** | **Bernstein-Burkley, P.C.** |
|---|---|
| *[signature]* | |
| _____ | Stuart C. Gaul, Jr., Esquire |
| Michael S. Katz, Esquire | Stuart C. Gaul, Jr., Esquire |
| 214 Flynn Avenue | 601 Grant Street, 9th Floor |
| Moorestown, NJ 08057 | Pittsburgh, PA 15219 |
| mkatz@lopezmchugh.com | sgaul@bernsteinlaw.com |
| Phone: (856) 273-8500 | Phone: (412) 456-8100 |
| Fax: (856) 273-8502 | Fax: (412) 456-8135 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

BY THE COURT:


   s/Cathy Bissoon
_____
                          U.S.D.J.